# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| DENNIS CASTRO-CANO, | Case No. 1:20-cv-496 |
| Petitioner, | Judge Matthew W. McFarland |
| v. | |
| WARDEN, BUTLER COUNTY CORRECTIONAL COMPLEX, *et al.*, | |
| Respondents. | |

## ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 13)

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman (Doc. 13), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendations in its entirety. Accordingly, this action is hereby **DISMISSED** for failure to prosecute.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *[signature]*
JUDGE MATTHEW W. McFARLAND